**SIGNED this 05 day of May 2006.**



**STEPHEN D. GERLING
CHIEF UNITED STATES BANKRUPTCY JUDGE**

I certify that this is a true copy.
Attest: _____
        Clerk of Court
By: _____

Date: _____

**U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
FEB 0 2 2015
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Utica**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------
In re

    ANDREW J. BELLINGER f/d/b/a
    CyberTeknologies and CARRIE L.
    BELLINGER,

                        Debtors.

Case No. 05-65617
Chapter 7

------------------------------------------------
JAY MEYER AND CYBERTEK, INC.,
7786 Rolling Ridge Road
Manlius, New York 13104
                     Plaintiffs,
      - vs -

ANDREW J. BELLINGER f/d/b/a
CyberTeknologies
4389 Plantation Boulevard, Apt 6
Liverpool, New York 13909-4009

                     Defendant.

Adv. Pro. No. 06-80048

USDC Case No. 5:15-mc-0004
(GTS/ATB)

------------------------------------------------

**JUDGMENT**

Jay Meyer and CyberTek, Inc. (the "Plaintiff") having commenced this instant adversary proceeding by filing a complaint seeking a judgment against Andrew J. Bellinger f/d/b/a CyberTeknologies (the "Defendant") in the amount of $75,000 plus interest from May 2, 2005 and attorneys' fees and a judgment declaring such amount to be non-dischargeable pursuant to Sections 523(a)(2) and (a)(6) of the Bankruptcy Code and denying a discharge to Defendant, Andrew J. Bellinger, pursuant to Sections 727(a)(3) and (a)(5) of the Bankruptcy Code (the "Complaint") on February 10, 2006, the Summons having been issued by the Clerk of this Court on February 10, 2006, the Summons and Complaint having been duly served in accordance with Fed. R. Bankr. P. and the Local Rules for this District, and the parties having settled the adversary proceeding by executing a Consent Order granting a judgment in favor of the Plaintiff, which was approved by this Court, it is therefore

**ORDERED**, that the Plaintiff have a judgment ("Judgment") against the Defendant in the amount of $70,000; and it is further

**ORDERED**, that the Judgment shall bear post-judgment interest commencing on the date of the Judgment at the rate of six per cent per annum; and it is further

**ORDERED**, that the Judgment is nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2) and (a)(6) in the defendant's bankruptcy case (no. 05-65617) and in any future proceeding under Title 11 of the United States Code.

###